# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**KATHRYN FLORCZYK, individually**
**and as a representative of the estate**
**of Stanley J. Florczyk**

                V.              CASE No.: 5:06-CV-309(GHL)

**METROPOLITAN LIFE INSURANCE COMPANY**

[ ]    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[XX]    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANT against PLAINTIFF dismissing this action in its entirety pursuant to the Decision and Order of the Hon. George H. Lowe dated July 11, 2008.

DATED:    <u>July 14, 2008</u>

*Lawrence K. Baerman*
Clerk of Court

LKB:lmp